IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.  4:13CR00221-02-BRW

LAMONT M. JOHNSON

**ORDER**

On July 19, 2013, the Honorable Magistrate Judge J. Thomas Ray appointed Mr. Richard Holiman to represent Defendant Lamont Johnson.[1] Two months later, Mr. Holiman and Mr. Johnson filed motions requesting that Mr. Holiman be allowed to withdraw and a new lawyer be appointed to represent Mr. Johnson.[2] At a hearing on Friday, September 27, 2013, I allowed Mr. Holiman to withdraw from the case.[3]

I now appoint Assistant Federal Public Defender Kim Driggers to represent Defendant Lamont M. Johnson.

IT IS SO ORDERED this 30th day of September, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* Doc. No. 5.

[2] *See* Doc. Nos. 46, 48.

[3] *See* Doc. No. 51.